IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants. | CIVIL NO. _____<br>(Non-Vehicle Tort)<br><br>DECLARATION OF CHAD P. LOVE |

**DECLARATION OF CHAD P. LOVE**

The undersigned hereby declares that:

1.  I am an attorney licensed to practice law before all the Courts in the State of Hawaii and one of the attorneys for Defendants MENU FOODS, INC., and MENU FOODS HOLDINGS, INC., in the above-captioned proceeding and that I have personal knowledge of the matters discussed herein and am competent

to testify as to the matters stated herein and make this declaration upon personal knowledge except and unless stated to be upon information and belief.

2.   Attached hereto as **Exhibit C** is a true and accurate copy of "Additional Information" regarding Plaintiffs' counsel, Emily A. Gardner, from "http ://www. animallawhawaii. com/experience2", printed on July 24, 2007.

I, CHAD P. LOVE, DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED:  Honolulu, Hawaii, ____July 27, 2007____.

_____
CHAD P. LOVE