Sylvester et al v. Menu Foods, Inc. et al — Doc. 1 Att. 4
Case 1:07-cv-00409-ACK-KSC   Document 1-5   Filed 07/27/2007   Page 1 of 2
animallawhawaii.com/experience2   Page 1 of 2



# Emily A. Gardner, Attorney
Dillingham Transportation Building, Suite 402, 735 Bishop Street, Honolulu, HI 96813
Phone: (808) 540-0200 Fax: (808) 540-0201
E-mail: eagardner@hawaii.rr.com
www.animallawhawaii.com

**An Attorney Devoted to Animal Law**
:: What is Animal Law?
:: When Should You Call an Animal Law Attorney?
:: Why Should You Call Attorney Emily A. Gardner?
:: Additional Information
:: Estate Planning for Pets

**Environmental Consulting Services**
:: Services Offered
:: Examples of Work

**In the News**
:: New Breed of Lawyer Gives Every Dog his Day in Court
:: Hawaii's New Pet Trust Law
:: Ilio Magazine columns by Emily Gardner
:: Grieving owners call lawyers
:: Woof Woof Your Honor
:: Dog Bite Statistics

**Contact Emily Gardner**
Dillingham Transportation Building
735 Bishop Street, Suite 402
Honolulu, HI 96813
Tel: (808) 540-0200
Fax: (808) 540-0201
E-mail: eagardner@hawaii.rr.com

## Additional Information

**Emily A. Gardner, Experience**



**Attorney.** Private practice. Handle cases and undertake contract work involving admiralty, corporate, land use and tort law. Litigation experience. June 1999 - present.

**Junior Researcher/Marine Protected Species Coordinator.** University of Hawaii Center for Conservation Research and Training and the State of Hawaii Department of Land and Natural Resources. Supervised the development and implementation of management programs and policies for Hawaii's marine mammal and sea turtle resources. Issued permits for scientific research on protected species. Reviewed and provided comment on environmental assessments affecting these species. Developed public education programs and materials, prepared grants, taught ocean policy courses and conducted research. May 1997 - June 1999.

**Independent Consultant.** Provided research and analysis of legal and policy issues associated with marine mammals and fisheries at the international and domestic level. July 1996 - present.

**Legal Extern.** State of Hawaii, Office of the Attorney General, Regulatory Division, Honolulu, Hawaii. Provided research and wrote legal memoranda relating to various areas of environmental law including CERCLA, hazardous waste, oil pollution control, sanitation, environmental assessment, and land use. January 1996 - May 1996.

**Writer/Consultant.** International Institute of Sustainable Development, Winnipeg, Canada. Served as a reporter and policy analyst for the *Earth Negotiations Bulletin*, a periodical which chronicles international negotiations on issues related to the environment and development. Covered the U.N. Conventions on Straddling and Highly Migratory Fish Stocks, Climate Change, Biosafety and Biodiversity as well as the Intergovernmental Panel on Forests. July 1995 - December 1999.

**Research Assistant.** Law of the Sea Institute, William S. Richardson School of Law, Honolulu, Hawaii. Assisted with the preparation of course materials for international environmental law and environmental law. Prepared case briefs and memoranda. Served as assistant editor for *Ocean Yearbook*, an international journal devoted to current issues in marine policy. May 1994 - May 1996.

**Research Associate.** Earthtrust, Kailua, Hawaii. Provided research for international wildlife conservation organization. Participated in developing program strategies. Wrote organizational position papers and policy statements for international conferences. Coordinated public education programs. March 1990 - July 1993.

**Instructor.** Chaminade University, Honolulu, Hawaii. Instructed courses in introductory biology, marine biology, and environmental science. Organized and carried out all class lectures, laboratories and fieldtrips. January 1985 - April 1985; April 1991 - December 1992.

**Educational Consultant.** Hawaii Audubon Society and National Audubon Society, Honolulu, Hawaii. Wrote and compiled a pool of more than 700 questions to be used in 'Paradise Pursuits,' an environmental television quiz show for Hawaii's high school students. Participated in program

EXHIBIT C


Case 1:07-cv-00409-ACK-KSC   Document 1-5   Filed 07/27/2007   Page 2 of 2

development. September 1991 - May 1992.

**Teaching Assistant.** Biology Department, University of Hawaii. Instructed laboratories in general and cellular biology. January 1987 - May 1989.

**Assistant Curator**, Ichthyology Collection, Bernice P. Bishop Museum, Honolulu, Hawaii. Assisted in the sorting, identification, and cataloging of ichthyological specimens. Responsible for processing all incoming and outgoing loans and accessions. Maintained the integrity of the collection. July 1985 - January 1987.

Publications and Invited Presentations
Professional Activities
Return to Education
Home

Copyright 2007, Emily A. Gardner. All Rights Reserved.                    :: Design by Interspire.com

EXHIBIT  C