
# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>            Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>            Defendants. | CIVIL NO. _____<br>(Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon the following persons via the United States Postal Service, postage prepaid, at the addresses indicated on ___JUL 2 7 2007_____:

EMILY A. GARDNER, ESQ.
Dillingham Transportaton Builidng
735 Bishop Street, Ste. 402
Honolulu, HI 96813
(Attorney for Plaintiffs)

DATED: Honolulu, Hawaii, ___July 27, 2007___.

CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendants Menu Foods Inc.,
and Menu Foods Holdings, Inc.