AO83

# Court Copy

```
                    Receipt for Payment            For Internal Use Only
              U.S. District Court - Hawaii       Receipt      240356

                                                 Trans         146739
```

Received From:      **LOVE & KIRSCHENBAUM**

Case Number:

Reference Number:   **CV 07-409ACK**

|                        |        | Check   | 359.00 |
|------------------------|--------|---------|--------|
|                        |        | Total   | 359.00 |

| Description   | Fund   | Qty | Amount |
|---------------|--------|-----|--------|
| CV FILING FEE | 086900 | 1   | 60.00  |
| CV FILING FEE | 510000 | 1   | 190.00 |
| CV FILING FEE | 086400 | 1   | 100.00 |
| CERTIFICATION | 322360 | 1   | 5.00   |
| CERTIFICATION | 510000 | 1   | 4.00   |

|       |        |
|-------|--------|
| Total | 359.00 |
| Tend  | 359.00 |
| Due   | 0.00   |

07/30/2007 07:51:28 AM     Deputy Clerk:  et/DT