LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods
Inc., and Menu Foods Holdings, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>          Plaintiffs,<br><br>     vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>          Defendants.<br>_____ | CIVIL NO. CV07-00409HGKSC<br>(Non-Vehicle Tort)<br><br>DEFENDANTS MENU FOODS, INC. AND MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07; DECLARATION OF CHAD P. LOVE; EXHIBIT A; ORDER GRANTING DEFENDANTS MENU FOODS, INC. AND MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07; CERTIFICATE OF SERVICE |

**DEFENDANTS MENU FOODS, INC. AND MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07**

Defendants Menu Foods, Inc., and Menu Foods Holdings, Inc., (hereinafter jointly referred to as Defendants) hereby apply, ex parte, for an extension of time to answer or otherwise respond to Plaintiffs' First Amended Complaint, filed on June 22, 2007. Defendants note that in addition to this Application, they intend to file a "Motion to Stay All Proceedings" ("Motion to Stay") within five days.

The reason for this application for an extension and for the "Motion to Stay" is because currently there are over 100 pet food cases filed nation wide. These cases are in the process of being transferred to a Federal Court in New Jersey for resolution under Multi District Litigation procedures.

Defendants request that the time to respond to the First Amended Complaint shall be extended to the later of the following:

(a) In the event that the Court grants Defendants' "Motion to Stay", within the time ordered by the Court having jurisdiction over this matter;

(b) In the event that the Court denies Defendants' "Motion to Stay", within thirty (30) days of the filing of the Court's written order denying Defendants' motion.

(c) Within twenty (20) days after proper service of the Amended Complaint and Summons upon the Defendants.

Defendants also ask that the same deadlines apply to Defendant Menu Foods Income Fund, which, to date, has not been served.

This Application is based on Local Rules 6.2, 7.1, and 7.2 of the Rules of the United States District Court for the District of Hawaii, Rules 6 and 7 of the Federal Rules of Civil Procedure, the Declaration and exhibit attached hereto, and the records and files herein.

DATED: Honolulu, Hawaii,   July 31, 2007   .

          /s/ Chad P. Love
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM
Attorneys for Defendants Menu Foods Inc., and Menu Foods Holdings, Inc.