IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>            Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>            Defendants. | CIVIL NO. CV07-00409HGKSC<br>(Non-Vehicle Tort)<br><br>ORDER GRANTING DEFENDANTS MENU FOODS, INC., AND MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07 |

**ORDER GRANTING DEFENDANTS MENU FOODS, INC. AND MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07**

Defendants Menu Foods, Inc. and Menu Foods Holdings, Inc.'s, Ex Parte

Application for Extension of Time to Answer or Otherwise Respond to Plaintiffs'

-2-

First Amended Complaint, filed 06/22/07, having been duly considered by the Court and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Application is granted and Defendants Menu Foods, Inc., Menu Foods Holdings, Inc. and Menu Foods Income Fund shall have until the later of the following to answer or otherwise respond to Plaintiffs' First Amended Complaint, filed 06/22/07.

    (a)    In the event that the Court grants Defendants' "Motion to Stay", within the time ordered by the Court having jurisdiction over this matter; or

    (b)    In the event that the Court denies Defendants' "Motion to Stay" within thirty (30) days of the filing of the Court's written order denying Defendants' motion; or

    (c)    Twenty (20) days after proper service of the First Amended Complaint and Summons upon the Defendants.

    DATED: Honolulu, Hawaii, _____.

                                      _____
                                      Judge of the above-entitled Court