IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>       Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>       Defendants. | CIVIL NO. CV07-00409HGKSC<br>(Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

-2-

Served Electronically through CM/ECF:

 EMILY A. GARDNER, ESQ. eagardner@hawaii.rr.com July 31, 2007

 DATED: Honolulu, Hawaii, _____July 31, 2007_____.


     \_\_\_\_\_/s/ Chad P. Love_____
     CHAD P. LOVE
     BARBARA J. KIRSCHENBAUM

     Attorneys for Defendants Menu Foods, Inc.
     and Menu Foods Holdings, Inc.