IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>　　　　　Defendants.<br>_____ | CIVIL NO. CV 07-00409 ACK-KSC<br>(Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that, on the dates and by the methods of service noted

below, a true and correct copy of the foregoing was served on the following at their

last known addresses:

-2-

Served Electronically through CM/ECF:

    EMILY A. GARDNER, ESQ.   eagardner@hawaii.rr.com   August 1, 2007

    DATED: Honolulu, Hawaii, _____August 1, 2007_____.


                                        \_\_\_\_\_/s/ Chad P. Love_____
                                        CHAD P. LOVE
                                        BARBARA J. KIRSCHENBAUM

                                        Attorneys for Defendants Menu Foods, Inc.
                                        and Menu Foods Holdings, Inc.