IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>    Plaintiffs,<br><br> vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>    Defendants.<br>_____ | ) CIVIL NO. 07-00409 ACK-KSC<br>)<br>)<br>)<br>) ORDER GRANTING DEFENDANTS<br>) MENU FOODS, INC., AND MENU<br>) FOODS HOLDINGS, INC.'S EX<br>) PARTE APPLICATION FOR<br>) EXTENSION OF TIME TO<br>) ANSWER OR OTHERWISE<br>) RESPOND TO PLAINTIFFS'<br>) FIRST AMENDED COMPLAINT,<br>) FILED 06/22/07<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER GRANTING DEFENDANTS MENU FOODS, INC., AND MENU
FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO
<u>PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07</u>

On August 1, 2007, Defendants Menu Foods, Inc.

and Menu Foods Holdings, Inc. ("Defendants") filed an

Ex Parte Application for Extension of Time to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint, filed 06/22/07.

The Court, considering the circumstances presented in this case and the possibility that this case may be transferred to the District of New Jersey as a Multi District Litigation action, the Court hereby GRANTS Defendants a thirty (30) day extension in which to file their Answer or otherwise respond to Plaintiff's First Amended Complaint filed on June 22, 2007.

IT IS SO ORDERED.

Dated:  Honolulu, Hawaii, August 2, 2007.



Kevin S.C. Chang
United States Magistrate Judge