LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. (808) 546-7575
Fax. No. (808) 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods, Inc.,
Menu Foods Holdings, Inc., and Menu
Foods Income Fund

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>              Plaintiffs,<br><br>      vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>              Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. CV 07-00409 ACK-KSC<br>(Non-Vehicle Tort)<br><br>DEFENDANT MENU FOODS INCOME FUND'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07; DECLARATION OF CHAD P. LOVE; ORDER GRANTING DEFENDANT MENU FOODS INCOME FUND'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHER-WISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07; CERTIFICATE OF SERVICE |

**DEFENDANT MENU FOODS INCOME FUND'S EX PARTE
APPLICATION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST
AMENDED COMPLAINT, FILED 06/22/07**

Defendant Menu Foods Income Fund, ("Income Fund") hereby

applies, *ex parte*, for an extension of time to answer or otherwise respond to

Plaintiffs' First Amended Complaint, filed on June 22, 2007.  Defendants

Menu Foods Holdings, Inc., and Menu Foods, Inc., filed a "Motion to Stay

All Proceedings" ("Motion to Stay") on August 2, 2007.

The reason for this application for an extension and for the "Motion to

Stay" is because currently there are over 100 pet food cases filed nation

wide.  These cases are in the process of being transferred to a Federal Court

in New Jersey for resolution under Multi District Litigation procedures.

Income Fund requests that it be given a thirty (30) day extension in

which to file its Answer or otherwise respond to Plaintiffs' First Amended

Complaint, filed herein on June 22, 2007.

This Application is based on Local Rules 6.2, 7.1, and 7.2 of the Rules

of the United States District Court for the District of Hawaii, Rules 6

and 7 of the Federal Rules of Civil Procedure, the Declaration attached

hereto, and the records and files herein.

      DATED:  Honolulu, Hawaii, _____ August 3, 2007 _____.


                _____/s/ Chad P. Love_____
                CHAD P. LOVE
                BARBARA J. KIRSCHENBAUM

                Attorneys for Defendants Menu Foods Inc.,
                Menu Foods Holdings, Inc., and Menu
                Foods Income Fund