IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>        Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>        Defendants. | CIVIL NO. CV 07-00409 ACK-KSC<br>(Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a

true and correct copy of the foregoing was served on the following at her last

known address:

-2-

Served Electronically through CM/ECF:

    EMILY A. GARDNER, ESQ.   eagardner@hawaii.rr.com   August 3, 2007

    DATED:  Honolulu, Hawaii, _____ ___August 3, 2007____ _____.


                              _____/s/ Chad P. Love____ _____
                              CHAD P. LOVE
                              BARBARA J. KIRSCHENBAUM


                              Attorneys for Defendants Menu Foods, Inc.,
                              Menu Foods Holdings, Inc., and Menu
                              Foods Income Fund