ORIGINAL

LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. (808) 546-7575
Fax. No. (808) 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods
Inc., and Menu Foods Holdings, Inc.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 02 2007

at 1 o'clock and 15 min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants. | CIVIL NO. CV 07-00409 ACKKSC<br>(Non-Vehicle Tort)<br><br>NOTICE OF HEARING; MENU FOODS HOLDINGS, INC., AND MENU FOODS, INC.'S MOTION TO STAY ALL PROCEEDINGS; MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY ALL PROCEEDINGS; EXHIBITS A THRU D; DECLARATION OF CHAD P. LOVE; CERTIFICATE OF SERVICE |

## NOTICE OF HEARING

TO:   EMILY A. GARDNER, ESQ.
      Dillingham Transportation Building
      735 Bishop St., Ste. 402
      Honolulu, HI 96813
      (Attorney for Plaintiffs)

NOTICE IS HEREBY GIVEN that the above-entitled motion shall come on for hearing before the Honorable Kevin S. Chang, Judge of the above-entitled Court, in his courtroom in the Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850, at _____ .m., on _____, 2007, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii, ____August 2, 2007____.

_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendant Menu Foods
Holdings, Inc., and Menu Foods, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER, DAVID PANG, ANDREW GARCIA, RUTH CAMARGO, CHRIS HUBBARD, STACEY COLLINS, RANDALL BANDMANN, KELLY ENGLE PAM GOULD and ERIK CORAL-SANDS<br><br>Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants. | CIVIL NO. CV07-00409 ACKKSC<br>(Non-Vehicle Tort)<br><br>MENU FOODS HOLDINGS, INC. AND MENU FOODS, INC.'S MOTION TO STAY ALL PROCEEDINGS |

**MENU FOODS HOLDINGS, INC. AND MENU FOODS, INC.'S
MOTION TO STAY ALL PROCEEDINGS**

Menu Foods Holdings, Inc. and Menu Foods, Inc. (hereinafter collectively

"Menu Foods"),[1] Defendants herein, hereby move this Court for an Order staying

---

[1] Defendant Menu Foods Income Fund has not been properly served to date.

this litigation for all parties pending the decision by the Judicial Panel on Multidistrict Litigation ("JPML") regarding the transfer of this action to the multidistrict litigation *In re Pet Food Product Liability Litigation*, MDL No. 1850 pending before the Honorable Noel L. Hillman in the United States District Court for the District of New Jersey.

This motion is based on Rules 7.1 thru 7.6 of the Local Rules of the United States District Court for the District of Hawaii, Rule 7 of the Federal Rules of Civil Procedure, the memorandum, exhibits, and declaration attached hereto, and the records and files herein.

DATED:  Honolulu, Hawaii, ___August 2, 2007___.

_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendant Menu Foods Holdings, Inc.