BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE PET FOOD PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1850 |

## NOTICE OF POTENTIAL TAG ALONG ACTIONS

NOW COME the Defendants collectively referred to as "Menu Foods," by and through their attorneys, DLA PIPER US LLP, and pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, hereby submits the following list of potential tag along actions:

1. A. *Dina Karger, Denise Vollmer, Dolly Prue-Cerda and Myrna Law, on behalf of themselves and all others similarly situated v. Menu Foods Income Fund, Menu Foods, Inc., Menu Foods Limited, Menu Foods Midwest Corp., Menu Foods South Dakota, Inc., Menu Foods Holdings, Inc.*

   B. United States District Court for the District of Indiana

   C. 07-CV-33

   D. Judge Allen Sharp

2. A. *Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands v. Menu Foods, Inc., a New Jersey Corporation, Menu Foods Holdings, Inc., a Delaware Corporation, Menu Foods Income Fund, an unincorporated Canadian Business; Doe Entities and Individuals 1-100*

   B. United States District Court for the District of Hawaii

   C. 07-CV-00409

   D. Judge Kevin S.C. Chang

WASH1\4910865.1

Respectfully submitted,

/s/ Amy W. Schulman
Amy W. Schulman
DLA Piper US LLP
1251 Avenue of the Americas
New York, NY 10020

*Counsel for Menu Foods*

EXHIBIT D

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant's Notice of Potential Tag Along Actions was filed with the Judicial Panel on Multidistrict Litigation this 2nd day of August, 2007. Notice of this filing was sent to the parties as listed on the attached Judicial Panel on Multidistrict Litigation Panel Attorney Service List by U.S. Mail.

_____
Amy W. Schulman

WASH1\4910865.1

EXHIBIT D