IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER, DAVID PANG, ANDREW GARCIA, RUTH CAMARGO, CHRIS HUBBARD, STACEY COLLINS, RANDALL BANDMANN, KELLY ENGLE PAM GOULD and ERIK CORAL-SANDS<br><br>Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants. | CIVIL NO. CV07-00409 ACKKSC<br>(Non-Vehicle Tort)<br><br>DECLARATION OF CHAD P. LOVE |

**DECLARATION OF CHAD P. LOVE**

The undersigned hereby declares that:

1. Attached hereto as **Exhibit A** is a true and accurate copy of "Plaintiffs Jayme Pittsonberger, David Carter and Jim Bullock's Motion for

WASH1\4910932.1

Transfer and Coordination Pursuant to 28 U.S.C. §1407", filed in the MDL matter designated as MDL-1850, "*In re Pet Foods Product Liability Litigation*", on April 19, 2007.

2. Attached hereto as **Exhibit B** is a true and accurate copy of the Transfer Order issued by the Judicial Panel on Multidistrict Litigation ("JPML") on June 19, 2007, establishing the multidistrict proceeding *In re Pet Food Products Liability Litigation*, MDL Docket No. 1850, before the Honorable Noel Hillman, United States District Court Judge for the District of New Jersey (the "MDL").

3. Attached hereto as **Exhibit C** is a true and accurate copy of the Conditional Transfer Order issued by the JPML on June 28, 2007, conditionally transferring 66 of the potentially related actions to the MDL. Following the expiration of the period for objection to the transfer of the cases addressed therein, the Clerk of the JPML filed certified copies of the Conditional Transfer Order in the relevant United States District Courts.

4. Attached hereto as **Exhibit D** is a true and accurate copy of the Notice of Related Actions filed with the JPML on August 2, 2007

I declare under penalty of law that the foregoing is true and correct; I am an attorney licensed to practice law before all the courts in the State of Hawaii and the United States District Court for the District of Hawaii, and am one of the

attorneys for Defendants Menu Foods Holdings, Inc., and Menu Foods, Inc. I have personal knowledge of the matters discussed herein.

DATED: Honolulu, Hawaii, ___August 2, 2007___.

_____
CHAD P. LOVE