

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS, <br><br> Plaintiffs, <br><br> vs. <br><br> MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100, <br><br> Defendants. | CIVIL NO. CV07-00409 ACKKSC <br> (Non-Vehicle Tort) <br><br> CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following person via hand delivery, at the address indicated on AUG 0 2 2007 :

EMILY A. GARDNER, ESQ.
Dillingham Transportation Building
735 Bishop Street, Ste. 402
Honolulu, HI 96813
(Attorney for Plaintiffs)

DATED: Honolulu, Hawaii, __AUG 0 2 2007_____.

_____/s/ CPL_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendants Menu Foods
Holdings, Inc., and Menu Foods, Inc.