LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. (808) 546-7575
Fax. No. (808) 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods
Inc., Menu Foods Holdings, Inc., and
Menu Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>　　　　　　　Defendants. | CIVIL NO. CV 07-00409 ACK-KSC<br>(Non-Vehicle Tort)<br><br>NOTICE OF HEARING; MENU FOODS INCOME FUND'S MOTION TO QUASH, OR, ALTERNATIVELY, TO DISMISS; MEMORANDUM OF LAW IN SUPPORT OF MENU FOODS INCOME FUND'S MOTION TO QUASH OR, ALTERNATIVELY, TO DISMISS; EXHIBIT A; DECLARATION OF CRISTEN SIKES ROSE; DECLARATION OF CHAD P. LOVE; CERTIFICATE OF SERVICE |

## NOTICE OF HEARING

TO:  EMILY A. GARDNER, ESQ.
Dillingham Transportation Building
735 Bishop St., Ste. 402
Honolulu, HI 96813
(Attorney for Plaintiffs)

NOTICE IS HEREBY GIVEN that the above-entitled motion shall come on for hearing before the Honorable Kevin S. Chang, Judge of the above-entitled Court, in his courtroom in the Prince Jonah Kuhio Kalanianaole Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850, at _____ __.m., on _____, 2007, or as soon thereafter as counsel may be heard.

DATED: Honolulu, Hawaii,    August 3, 2007   .

_____/s/ Chad P. Love_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendant Menu Foods
Holdings, Inc., and Menu Foods, Inc.,
and Menu Foods Income Fund