IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>            Plaintiffs,<br><br>      vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>            Defendants. | CIVIL NO. CV 07-00409 ACK-KSC<br>(Non-Vehicle Tort)<br><br>DECLARATION OF CRISTEN SIKES ROSE |

## DECLARATION OF CRISTEN SIKES ROSE

1.    I am one of the attorneys representing Defendant Menu Foods Income Fund in the above-captioned proceeding and am competent to testify as to the matters stated herein.

WASH1\4912427.1

-2-

    2.    Menu Foods Income Fund is an unincorporated open-ended trust under the laws of the Province of Ontario, Canada.

    3.    Mark Wiens is not a trustee of Menu Foods Income Fund and is not the Chief Financial Officer of the Menu Foods Income Fund.

    DATED: Washington, D.C., August 3, 2007.

                                        /s/ Cristen Sikes Rose
                                     CRISTEN SIKES ROSE