LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 808-546-7575
Fax. No. 808-546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods, Inc.,
Menu Foods Holdings, Inc., and Menu
Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS, <br><br> Plaintiffs, <br><br> vs. <br><br> MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100, <br><br> Defendants. <br> _____ | CIVIL NO. CV 07-00409 ACK-KSC <br> (Non-Vehicle Tort) <br><br> ORDER GRANTING DEFENDANT MENU FOODS INCOME FUND'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07 |

Dockets.Justia.com

**ORDER GRANTING DEFENDANT MENU FOODS INCOME FUND'S EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07**

On August 3, 2007, Defendant Menu Foods Income Fund filed an Ex Parte Appliction for Extension of Time to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint, filed 06/22/07.

The Court, considering the circumstances presented in this case and the possibility that this case may be transferred to the District of New Jersey as a Multi District Litigation action, hereby GRANTS Defendant Menu Foods Income Fund a thirty (30) day extension in which to file its Answer or otherwise respond to Plaintiffs' First Amended Complaint, filed on June 22, 2007.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 10, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge