ORIGINAL

EMILY A.GARDNER        6891
Attorney at Law
Dillingham Transportation Building
735 Bishop Street, Suite 402
Honolulu, Hawai'i 96813
Telephone: (808)-540-0200
Facsimile: (808)-540-0201
Email: eagardner@hawaii.rr.com

Attorney for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 21 2007

at 2 o'clock and 00 min. 12 M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unicorporated Canadian business; Doe Entities and Individuals 1- 100,<br><br>Defendants. | Civil No. CV07-00409HGKSC<br>(Non-Vehicle Tort)<br><br><br>DECLARATION OF SERVICE;<br>EXHIBIT "1" |

DECLARATION OF SERVICE

I, Emily A. Gardner, declare the following:

1.    I, Emily A. Gardner, am the attorney for the Plaintiffs in the above-
captioned matter.

2.    I am an attorney licensed to practice law in all Courts of the State of

Hawaii. I make this Declaration based upon my own personal knowledge of the matters

set forth herein and am competent to testify thereto.

Dockets.Justia.com

3.    Attached hereto as Exhibit "1" is the original faxed copy return of service affirming that the First Amended Summons to Answer the Civil Complaint and First Amended Complaint was served upon Defendant Menu Foods, Inc., at 9130 Griffith Morgan Lane, Pennsauken, NJ, on August 1, 2007.

DATED:  AUGUST 21, 2007

_____
EMILY A. GARDNER

2