08/01/2007 13:32   8187741576                                                                                      PAGE  01/01

# RETURN OF SERVICE

**State of Hawaii**           **County of Honolulu**           **First Circuit Court**

Case Number: 07-1-0848-05 SSM

Plaintiff:
**Valerie Sylvester, et al.**

vs.

Defendant:
**Menu Foods, Inc., a New Jersey Corporation, et al.**

For:
Emily A. Gardner Attorney at Law, LLLC
735 Bishop Street, Suite 402
Honolulu, HI 96813

Received by Nationwide Legal Support, Inc. on the 5th day of July, 2007 at 1:58 pm to be served on **Menu Foods, Inc., 9130 Griffith Morgan Lane, Pennsauken, NJ 08118.**

I, William A. Pricol, do hereby affirm that on the **1st day of August, 2007 at 10:50 am, I:**

Served the within named company by delivering a true copy of the **First Amended Summons to Answer Civil Complaint; First Amended Complaint; Exhibit 1 to 3; First Amended Demand for Jury Trial; First Amended Summons to Answer Civil Complaint; to Mary Hillman as Receptionist**

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

William A. Pricol
Process Server

Nationwide Legal Support, Inc.
Dba Eleanor's Nationwide Legal Support
18226 Ventura Blvd., Suite 208
Tarzana, CA 91356
(818) 774-9757
Our Job Serial Number: 2007001150

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.9s

EXHIBIT   1