Case Number: 07-1-0848-05 SSM

## STATE OF HAWAII – COUNTY OF HONOLULU
## FIRST DISTRICT COURT

BETWEEN:

**VALERIE SYLVESTER, et al.**

Plaintiff

-and-

**MENU FOODS, INC., a NEW JERSEY CORPORATION, et al.**

Defendants

### DECLARATION

I, PETER HUNT, of the City of Brampton, in the Regional Municipality of Peel,
MAKE OATH AND DECLARE:

1. That I am a private process server in the Province of Ontario and have been for the past 15 years. That I am competent to effect service of process on an executive of a Canadian Corporation at his Canadian office under Article 10(b) of the Hague Convention.

2. That on July 13, 2007 at 3:30 p.m. I served Menu Foods Income Fund with a **First Amended Summons to Answer Civil Complaint; First Amended Complaint; Exhibit 1 to 3; First Amended Demand for Jury Trial; First Amended Summons to Answer Civil Complaint** by leaving a true copy of the documents with Mark Wiens, Chief Financial Officer, an adult who appeared to be in control of the business at the time of service at 8 Falconer Drive, Streetsville, Ontario.

3. That at the time of service, I informed Mark Wiens that I was serving legal documents from the United States of America and that the documents can only be left with an adult who is in care and control of the business at the time of service and that Mark Wiens accepted the documents and verbally identified himself to me.

SWORN BEFORE ME at the
City of Toronto, this 14th
day of August, 2007.

_____
A Notary Public in the Province of Ontario.

_____
PETER HUNT