Sylvester et al v. Menu Foods, Inc. et al — Doc. 15 Att. 3
Menu Foods Income Fund - About Us — Page 1 of 1
Case 1:07-cv-00409-ACK-KSC   Document 15-4   Filed 08/21/2007   Page 1 of 1

# MENU FOODS INCOME FUND



- Home
- **About Us**
  - Profile
  - Facilities
  - Research and Development; Quality Assurance
  - Distribution Channels
  - Products
  - Customers
  - Private-Label Strategy
  - Contract Manufacturing Strategy
  - Growth Opportunities
  - Market and Competitive Overview
- Investor Relations
- Recall Information
- Contact Us

## Profile

Menu Foods Income Fund is an unincorporated open-ended trust established under the laws of the Province of Ontario pursuant to a declaration of trust dated March 25, 2002. The Fund is administered by its Trustees and by Menu Foods GenPar Limited ("GenPar") pursuant to an administration agreement entered into by the Fund and GenPar, among others, on May 22, 2002.

The Fund holds, indirectly, an approximate 65.9% interest, as at March 31, 2007, in the securities and assets of Menu Foods Limited and Menu Foods Operating Limited Partnership.

Menu is the leading North American private-label/contract manufacturer of wet pet food products sold by supermarket retailers, mass merchandisers, pet specialty retailers and other retail and wholesale outlets. Menu currently produces more than one billion containers per year.

Menu Foods Income Fund
8 Falconer Drive
Streetsville, ON
Canada L5N 1B1
Tel: 905.826.3870
Fax: 905.826.4995

© Copyright 2006, Menu Foods Income Fund, All Rights Reserved.
Best viewed using Internet Explorer.

EXHIBIT I

