Sylvester et al v. Menu Foods, Inc. et al — Doc. 15 Att. 4
Menu Foods Income Fund - Annual General Meeting
Case 1:07-cv-00409-ACK-KSC   Document 15-5   Filed 08/21/2007   Page 1 of 1   Page 1 of 1



# MENU FOODS INCOME FUND

## Trustees, Directors and Management

- C. Ian Ross: Chairman of the Fund, Chairman of Menu Foods GenPar Limited
- Alexander R. Aird: Trustee of the Fund, Director of Menu Foods GenPar Limited
- Eric A. Demirian: Trustee of the Fund, Director of Menu Foods GenPar Limited
- Thomas A Di Giacomo: Trustee of the Fund, Director of Menu Foods GenPar Limited
- Stephen A. Bearg: Director of Menu Foods GenPar Limited
- Margaret A. Bras: Director of Menu Foods GenPar Limited
- Robert W. Bras: Director of Menu Foods GenPar Limited
- Douglas F. Haslam: Director of Menu Foods GenPar Limited
- Fraser D. Latta: Director of Menu Foods GenPar Limited
- Douglas N. Lunau: Director of Menu Foods GenPar Limited
- Donald G. Watt: Director of Menu Foods GenPar Limited
- Paul K. Henderson: President, Chief Executive Officer and Director of Menu Foods GenPar Limited
- Mark A. Wiens: Executive Vice President and Chief Financial Officer of Menu Foods GenPar Limited
- Dr. Richard G. Shields Jr.: Executive Vice President – Technical Services of Menu Foods GenPar Limited
- Randall C. Copeland: Executive Vice President – Sales and Marketing of Menu Foods GenPar Limited
- William F. Grant: Executive Vice President – Corporate Purchasing and Logistics of Menu Foods GenPar Limited
- Christopher J. Mifflin: Executive Vice President – Operations of Menu Foods GenPar Limited
- Bernard P. Beaulieu: Executive Vice President – Human Resources of Menu Foods GenPar Limited

### Sidebar navigation

- Home
- About Us
- **Investor Relations**
- Unit Information
- Annual Meeting
- Conference Calls
- Distributions
- Press Releases
- SEDAR Filings
- Stock Quote
- Tax Information
- Financial Reports
- Administration Agreement
- Trustees, Directors and Management
- Code of Ethical Conduct
- Recall Information
- Contact Us

Menu Foods Income Fund
8 Falconer Drive
Streetsville, ON
Canada L5N 1B1
Tel: 905.826.3870
Fax: 905.826.4995

© Copyright 2006, Menu Foods Income Fund, All Rights Reserved.
Best viewed using Internet Explorer.

EXHIBIT 2