Sylvester et al v. Menu Foods, Inc. et al — Doc. 15 Att. 5
Menu Foods Income Fund - Annual General Meeting
Case 1:07-cv-00409-ACK-KSC   Document 15-6   Filed 08/21/2007   Page 1 of 1   Page 1 of 1



# MENU FOODS INCOME FUND

## Mark A. Wiens

**Home**
About Us
**Investor Relations**
Unit Information
Annual Meeting
Conference Calls
Distributions
Press Releases
SEDAR Filings
Stock Quote
Tax Information
Financial Reports
Administration Agreement
Trustees, Directors and Management
Code of Ethical Conduct
Recall Information
Contact Us

**Mark A. Wiens** of Limehouse, ON joined Menu Foods in November 2001 as its Executive Vice President and Chief Financial Officer. Mr. Wiens has over 19 years experience in the food industry. He is a Chartered Accountant and a graduate, with distinction, from Wilfrid Laurier University with an honors degree in Business Administration. Prior to joining Menu, for the period from 1999, Mr. Wiens was the Vice-President and Chief Financial Officer of Centennial Foods, a manufacturer and distributor of premium private-label meat products and a food services distributor. Prior to joining Centennial, Mr. Wiens was Vice-President and General Manager of Cott Beverages West Ltd. (a subsidiary of Cott Corporation), which is a manufacturer and distributor of premium private-label soft drinks.

Menu Foods Income Fund
8 Falconer Drive
Streetsville, ON
Canada L5N 1B1
Tel: 905.826.3870
Fax: 905.826.4995

© Copyright 2006, Menu Foods Income Fund, All Rights Reserved.
Best viewed using Internet Explorer.

EXHIBIT 3

