# SEDAR

**NEW FILINGS** | **SEARCH DATABASE** | **COMPANY PROFILES** | **WEB LINKS** | **ABOUT SEDAR** | **SITE HELP** | **SEDAR RELEASE 8.0**

Use of this site is subject to, and your continued use constitutes your express agreement to be bound by, the Terms of Use and Privacy Statement.
Any unauthorized use of this site is strictly prohibited.
Link to IMPORTANT NOTICE OF CHANGES dated May 26, 2007

**XBRL Voluntary Filing Program**
Visit the CSA's XBRL website for information about XBRL and the voluntary program.
Click here for information about XBRL software and viewing XBRL financial statements.

## Menu Foods Income Fund

PROFILE

| | | | |
|---|---|---|---|
| Mailing Address: | 8 Falconer Drive<br>Streetsville, Ontario<br>L5N 1B1 | Head Office Address: | 8 Falconer Drive<br>Streetsville, Ontario<br>L5N 1B1 |
| Contact Name: | Mark Wiens | Short Form Prospectus Issuer: | Yes |
| Business e-mail address: | mwiens@menufoods.com | Reporting Jurisdictions: | All provinces and territories of Canada |
| Telephone Number: | 905 826-3870 | Stock Exchange: | TSX |
| Fax Number: | 905 826-4995 | Stock Symbol: | MEW |
| Date of Formation: | Mar 25 2002 | Auditor: | PricewaterhouseCoopers LLP |
| Governing Jurisdiction: | Ontario | General Partner: | |
| Industry Classification: | financial services - investment companies and funds | Transfer Agent: | Computershare Trust Company of Canada |
| CUSIP Number: | 587289 | Size of Issuer (Assets): | $100,000,001 to $500,000,000 |
| Financial Year-End: | Dec 31 | | |

**VIEW** THIS PUBLIC COMPANY'S DOCUMENTS

**HOME** | **SITE MAP**

Use of this site is subject to, and your continued use constitutes your express agreement to be bound by, the Terms of Use and Privacy Statement.
Any unauthorized use of this site is strictly prohibited.
Link to IMPORTANT NOTICE OF CHANGES dated May 26, 2007

**XBRL Voluntary Filing Program**
Visit the CSA's XBRL website for information about XBRL and the voluntary program.

EXHIBIT 4

Dockets.Justia.com