EMILY A. GARDNER   6891
Attorney at Law
Dillingham Transportation Building
735 Bishop Street, Suite 402
Honolulu, Hawai'i 96813
Telephone: (808)-540-0200
Facsimile: (808)-540-0201
Email: eagardner@hawaii.rr.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unicorporated Canadian business; Doe Entities and Individuals 1- 100,<br><br>Defendants. | Civil No. CV07-00409HGKSC<br>(Non-Vehicle Tort)<br><br>**CERTIFICATE OF SERVICE RE:**<br><br>PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MENU FOODS INCOME FUND'S MOTION TO QUASH, OR, ALTERNATIVELY, TO DISMISS |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Memorandum in Opposition to Menu Foods Income Fund's Motion to Quash, or, alternatively to Dismiss, was duly served on the parties listed below by U.S. Mail, postage pre-paid.

To:   CHAD P. LOVE, ESQ.
      BARBARA J. KIRSCHENBAUM, ESQ.

Love & Kirschenbaum, LLLC
1164 Bishop Street, Suite 1105
Honolulu, HI 96813

Attorney for Defendant Menu Foods Income Fund

DATED: HONOLULU, HAWAII  Aug 21, 2007

_____
EMILY A. GARDNER
Attorney for Plaintiffs
Valerie Sylvester et al.