LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods
Inc., Menu Foods Holdings, Inc., and
Menu Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>                    Plaintiffs,<br><br>      vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>                    Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. CV 07-00409 ACK-KSC (Non-Vehicle Tort)<br><br>DEFENDANTS MENU FOODS, INC. AND MENU FOODS HOLDINGS, INC.'S EX PARTE APPLICATION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07; EXHIBITS A THRU C; DECLARATION OF CHAD P. LOVE; CERTIFICATE OF SERVICE |

**DEFENDANTS MENU FOODS, INC. AND MENU FOODS
HOLDINGS, INC.'S EX PARTE APPLICATION FOR SECOND
EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND
TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07**

Defendants Menu Foods, Inc., and Menu Foods Holdings, Inc.,

(hereinafter jointly referred to as "Defendants") hereby apply, ex parte, for a

second extension of time to answer or otherwise respond to Plaintiffs' First

Amended Complaint, filed on June 22, 2007.

The grounds for this second application for extension of time are:

(1)  On August 20, 2007, the United Judicial Panel on Multidistrict

Litigation ("JPML") issued a "Conditional Transfer Order" ("CTO")

conditionally transferring the above-entitled action (together with another

case from a different district), to the United States District Court for the

District of New Jersey.  Plaintiffs have until September 4, 2007, in which to

object to the CTO or the case will be transferred to the MDL.  Should

Plaintiffs file an objection to the CTO, they must file a motion to vacate the

CTO within 15 days of the filing of their objection -- making the deadline to

file such a motion September 19, 2007.  A true and accurate copy of the

August 20, 2007, CTO is attached hereto as Exhibit A.  As noted in the

-3-

CTO, this case appears to involve questions of fact that are common to 77

other cases that have also been transferred to New Jersey.

(2)  On August 2, 2007, Defendants filed a "Motion to Stay All

Proceedings" ("Motion to Stay"), which is set for hearing on September 10,

2007, after the present September 4, 2007, deadline to answer the First

Amended Complaint.

The requested extension will promote judicial economy by avoiding

the filing and serving of pleadings while the JPML and MDL proceed; in the

alternative, the requested extension will allow Menu Foods, Inc., and Menu

Foods Holdings, Inc., time to apply for a further extension or enlargement by

stipulation or duly noticed motion, if one should be necessary.

Defendants request that the time to respond to the First Amended

Complaint be extended for 60 days (from September 4, 2007, to

November  3, 2007).

This Application is based on Local Rules 6.2, 7.1, and 7.2 of the Rules

of the United States District Court for the District of Hawaii, Rules 6

-4-

and 7 of the Federal Rules of Civil Procedure, the Declaration and exhibits

attached hereto, and the records and files herein.

DATED:  Honolulu, Hawaii, _____August 24, 2007_____ .


_____/s/ Chad P. Love_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendants Menu Foods Inc.,
Menu Foods Holdings, Inc., and Menu
Foods Income Fund