EMILY A. GARDNER     6891
Attorney at Law
Dillingham Transportation Building
735 Bishop Street, Suite 402
Honolulu, Hawai'i 96813
Telephone: (808)-540-0200
Facsimile: (808)-540-0201
Email: eagardner@hawaii.rr.com

Attorney for Plaintiffs

Dockets.Justia.com

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2007 JUL 25 PM 1: 52

N. ANAYA
CLERK

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAI'I

| | |
|---|---|
| Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unicorporated Canadian business; Doe Entities and Individuals 1- 100,<br><br>Defendants. | Civil No. 07-1-0848-05 SSM (Non-Vehicle Tort)<br><br>DECLARATION OF SERVICE; EXHIBITS "1" AND "2"<br><br>(Menu Foods, Inc. and Menu Foods Holdings, Inc.) |

## DECLARATION OF SERVICE

1.     I, Emily A. Gardner, am the attorney for the Plaintiffs in the above-captioned matter.

2.     I am an attorney licensed to practice law in all Courts of the State of Hawaii. I make this Declaration based upon my own personal knowledge of the matters set forth herein and am competent to testify thereto.



EXHIBIT 1

3.    Attached hereto as Exhibit "1" is the original return of service affirming that the First Amended Summons to Answer the Civil Complaint and First Amended Complaint was served upon Defendant Menu Foods, Inc., a New Jersey Corporation on July 13, 2007.

4.    Attached hereto as Exhibit "2" is the original return of service affirming that the First Amended Summons to Answer the Civil Complaint and the First Amended Complaint was served on Defendant Menu Foods Holdings, Inc. a Delaware Corporation on July 9, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  HONOLULU, HAWAII, July 24, 2007

EMILY A. GARDNER

EXHIBI. 1

# RETURN OF SERVICE

State of Hawaii                    County of Honolulu                    First Circuit Court

Case Number: 07-1-0848-05 SSM

Plaintiff:
**Valerie Sylvester, et al.**
vs.
Defendant:
**Menue Foods, Inc., a New Jersey Corporation, et al.**

For:
Emily A. Gardner Attorney at Law, LLLC

Received by Nationwide Legal Support, Inc. to be served on **Menu Foods Income Fund, 8 Falconer Drive, Streetsville, Ontario, CN L5N. I,** Peter  Hunt , do hereby affirm that on the 13th day of July , 2007 at 3 30 p.m., executed service by delivering a true copy of the **First Amended Summons to Answer Civil Complaint; First Amended Complaint; Exhibit 1 to 3; First Amended Demand for Jury Trial; First Amended Summons to Answer Civil Complaint;** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving  MARK  WIENS  as CHIEF FINANCIAL OFFICER OF MENU FOODS INCOME FUND.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) Custodian of Records: By serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct. I am over the age of 18 and have no interst in the above action.

PROCESS SERVER # N/A
Appointed in accordance
with State Statutes

**Nationwide Legal Support, Inc.**
**Dba Eleanor's Nationwide Legal Support**
**18226 Ventura Blvd., Suite 208**
**Tarzana, CA  91356**
**(818) 774-9757**
**Our Job Serial Number: 2007001151**

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9e

EXHIBIT __I__

# Affidavit of Process Server

| VALERIE SYLVESTER | VS  MENU FOODS, INC | 07-1-0848-05 SSM |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I BARRY EVELAND _____ being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served MENU FOODS HOLDINGS, INC

NAME OF PERSON / ENTITY BEING SERVED

Case 1:07-cv- ... Document 17-4   Filed 08/26/2007   Page 4 of

FIRST AMENDED SUMMONS TO ANSWER CIVIL COMPLAINT; FIRST AMENDED COMPLAINT; EXHIBIT with (list documents) 1 TO 3 FIRST AMENDED DEMAND FOR JURY TRIAL

by leaving with SCOTT LASCALA                    PROCESS AGENT                    At

| | NAME | RELATIONSHIP | |

☐ Residence _____

ADDRESS                              CITY / STATE

☒ Business  C/O THE CORPORATION TRUST CO.  1209 ORANGE ST.  WILMINGTON, DE

ADDRESS                              CITY / STATE

On 7/9/07 _____  AT 11:45 PM

DATE                              TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on_____

DATE

from_____

CITY          STATE          ZIP

**Manner of Service:**

☒ **Personal:** By personally delivering copies to the person being served.

☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.

☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other_____

**Service Attempts:** Service was attempted on: (1)_____  (2)_____

DATE          TIME                    DATE          TIME

(3)_____  (4)_____  (5)_____

DATE          TIME          DATE          TIME          DATE          TIME

AGE    30    Sex MALE  Race  W   Height 5'8    Weight  170    HAIR BLACK

SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 9TH ____ day of JULY ____ ,2007.

SIGNATURE OF NOTARY PUBLIC

**OFFICIAL SEAL**
**KEVIN DUNN      NOTARY PUBLIC**
**NEW CASTLE COUNTY STATE  OF DELAWARE**
**MY COMMISSION EXPIRES NOV. 23, 2010**

NOTARY PUBLIC for the state of  DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

EXHIBIT 1

EMILY A. GARDNER      6891
Attorney at Law
Dillingham Transportation Building
735 Bishop Street, Suite 402
Honolulu, Hawai'i 96813
Telephone: (808)-540-0200
Facsimile: (808)-540-0201
Email: eagardner@hawaii.rr.com

Attorney for Plaintiffs

## IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

## STATE OF HAWAI'I

| | |
|---|---|
| Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands<br><br>          Plaintiffs,<br><br>     v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unicorporated Canadian business; Doe Entities and Individuals 1- 100,<br><br>          Defendants. | Civil No. 07-1-0848-05 SSM<br>(Non-Vehicle Tort)<br><br>SUPPLEMENT TO DECLARATION OF SERVICE, filed July 25, 2007; EXHIBIT "3"<br><br>(Menu Foods Income Fund) |

## SUPPLEMENT TO DECLARATION OF SERVICE

1.     I, Emily A. Gardner, am the attorney for the Plaintiffs in the above-captioned matter.

2.     I am an attorney licensed to practice law in all Courts of the State of Hawaii.  I make this Declaration based upon my own personal knowledge of the matters set forth herein and am competent to testify thereto.

**EXHIBIT   I**

3.     Attached hereto as Exhibit "3" is the original return of service affirming that the First Amended Summons to Answer the Civil Complaint and First Amended Complaint was served upon Defendant Menu Foods Income Fund, at 8 Falconer Drive, Streetsville, Ontario, Canada on July 13, 2007.

4.     In the Declaration of Service filed with the court on July 25, 2007, Exhibit "1" was incorrectly noticed as the original return of service affirming that the First Amended Summons to Answer the Civil Complaint and First Amended Complaint was served upon Defendants Menu Foods, Inc., a New Jersey Corporation.  It was actually a faxed copy of the return of service affirming service upon Defendant Menu Foods Income Fund, at 8 Falconer Drive, Streetsville, Ontario, Canada.

5.     Nationwide Legal Support, Inc., the company handling the service of the three (3) defendants in the matter had told me verbally that all three defendants had been served, and that it was, Menu Foods, Inc., the New Jersey Defendant who had been served on July 13, 2007.  This miscommunication contributed to the error in the Declaration of Service that was filed on July 25, 2007.

6.     As of the date of this filing, Defendant Menu Foods Income Fund in Streetsville, Ontario, Canada was served on July 13, 2007, and Defendant Menu Foods Holdings, Inc., a Delaware Corporation, was served on July 9, 2007, as provided in Exhibit "2" to the Declaration of Service filed on July 25, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  HONOLULU, HAWAII, July 31, 2007

EMILY A. GARDNER

**EXHIBIT __I__**

# RETURN OF SERVICE

**State of Hawaii**  **County of Honolulu**  **First Circuit Court**

Case Number: 07-1-0848-05 SSM

Plaintiff:
**Valerie Sylvester, et al.**
**vs.**
Defendant:
**Menue Foods, Inc., a New Jersey Corporation, et al.**

For:
Emily A. Gardner Attorney at Law, LLLC

Received by Nationwide Legal Support, Inc. to be served on **Menu Foods Income Fund, 8 Falconer Drive,**
**Streetsville, Ontario, CN L5N.** I, _Peter_ _Hunt_, do hereby affirm that on the _13th_ day of
_July_, 20_07_ at _3 30_ P.m., executed service by delivering a true copy of the **First Amended Summons**
**to Answer Civil Complaint; First Amended Complaint; Exhibit 1 to 3; First Amended Demand for Jury Trial;**
**First Amended Summons to Answer Civil Complaint;** in accordance with state statutes in the manner marked
below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: By serving _MARK WIENS_ as
_CHIEF FINANCIAL OFFICER OF MENU FOODS INCOME FUND._

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous
place on the property described herein.

( ) Custodian of Records: By serving _____ as
_____

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in
which this service was made.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of
Service is true and correct. I am over the age of 18 and have no intrest in the above action.

PROCESS SERVER # _N/A_
Appointed in accordance
with State Statutes

**Nationwide Legal Support, Inc.**
**Dba Eleanor's Nationwide Legal Support**
**18226 Ventura Blvd., Suite 208**
**Tarzana, CA 91356**
**(818) 774-9757**
Our Job Serial Number: 2007001151

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9s

EXHIBIT 

EMILY A. GARDNER      6891
Attorney at Law
Dillingham Transportation Building
735 Bishop Street, Suite 402
Honolulu, Hawai'i 96813
Telephone: (808)-540-0200
Facsimile: (808)-540-0201
Email: eagardner@hawaii.rr.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 21 2007

at 3 o'clock and 50 min ___ M
SUE BEITIA Clerk

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT CIRCUIT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands | Civil No. CV07-00409HGKSC (Non-Vehicle Tort) |
| Plaintiffs, | DECLARATION OF SERVICE; EXHIBIT "1" |
| v. | |
| MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unicorporated Canadian business; Doe Entities and Individuals 1- 100, | |
| Defendants. | |

## DECLARATION OF SERVICE

I, Emily A. Gardner, declare the following:

1.      I, Emily A. Gardner, am the attorney for the Plaintiffs in the above-captioned matter.

2.      I am an attorney licensed to practice law in all Courts of the State of

Hawaii. I make this Declaration based upon my own personal knowledge of the matters

set forth herein and am competent to testify thereto.



3.     Attached hereto as Exhibit "1" is the original faxed copy return of service affirming that the First Amended Summons to Answer the Civil Complaint and First Amended Complaint was served upon Defendant Menu Foods, Inc., at 9130 Griffith Morgan Lane, Pennsauken, NJ, on August 1, 2007.

DATED:  AUGUST 21, 2007

EMILY A. GARDNER

2

**EXHIBIT  1**

# RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Hawaii** | **County of Honolulu** | **First Circuit Court** |

Case Number: 07-1-0848-05 SSM

Plaintiff:
**Valerie Sylvester, et al.**

vs.

Defendant:
**Menu Foods, Inc., a New Jersey Corporation, et al.**

For:
Emily A. Gardner Attorney at Law, LLLC
735 Bishop Street, Suite 402
Honolulu, HI 96813

Received by Nationwide Legal Support, Inc. on the 5th day of July, 2007 at 1:58 pm to be served on **Menu Foods, Inc., 9130 Griffith Morgan Lane, Pennsauken, NJ 08118.**

I, William A. Pricol, do hereby affirm that on the **1st day of August, 2007 at 10:50 am, I:**

Served the within named company by delivering a true copy of the **First Amended Summons to Answer Civil Complaint; First Amended Complaint; Exhibit 1 to 3; First Amended Demand for Jury Trial; First Amended Summons to Answer Civil Complaint; to Mary Hillman as Receptionist '**

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

**William A. Pricol**
Process Server

**Nationwide Legal Support, Inc.**
**Dba Eleanor's Nationwide Legal Support**
**18226 Ventura Blvd., Suite 208**
**Tarzana, CA  91356**
**(818) 774-9757**
Our Job Serial Number: 2007001150

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9a

**EXHIBIT  ⁀**