LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  clove@khawaii.com

Attorneys for Defendants Menu Foods
Inc., and Menu Foods Holdings, Inc.

1ST CIRCUIT COURT
STATE OF HAWAII
FILED

2007 JUL 31  PM 2:56

E. ALAGAO
CLERK

Case 1:07-cv-00409-ACK-KSC    Document 17-5    Filed 08/26/2007    Page 1 of

Dockets.Justia.com

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants. | CIVIL NO. 07-1-0848-05 ssm<br>(Non-Vehicle Tort)<br><br>MENU FOODS, INC., AND MENU FOODS HOLDINGS, INC.'S NOTICE OF FILING NOTICE OF REMOVAL; EXHIBIT 1; CERTIFICATE OF SERVICE |


EXHIBIT 2

## MENU FOODS, INC. AND MENU FOODS HOLDINGS, INC.'S
## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of the above-entitled action from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii, was duly filed on July 27, 2007, in the United States District Court for the District of Hawaii, a copy of which is attached hereto as Exhibit 1.

DATED: Honolulu, Hawaii, JUL 3 2007

_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendants Menu Foods Inc., and Menu Foods Holdings, Inc.

EXHIBIT 2