Case 1:07-cv-00409-ACK-KSC   Document 17-6   Filed 08/26/2007   Page 1 of

IN THE UNITED STATES DISTRICT COURT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unicorporated Canadian business; Doe Entities and Individuals 1- 100,<br><br>Defendants. | Civil No. CV07-00409HGKSC<br>(Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon the following persons electronically and via U.S. mail, postage prepaid at the addresses indicated on August 26, 2007.

Chad Love, Esq.
Barbara J. Kirschenbaum, Esq.
1164 Bishop Street, Suite 1105
Honolulu, HI 96813
clove@lkhawaii.com
bkirschenbaum@lkhawaii.com

Attorneys for Defendants
Menu Foods, Inc., Menu Foods Holdings, Inc., and Menu Foods Income Fund

DATED: HONOLULU, HAWAII, AUGUST 26, 2007

        /s/ Emily Gardner
        EMILY A. GARDNER
        Attorney for Plaintiffs Valerie Sylvester et al.