# THE MEDICAL CORNER
## MEDICAL STATUS CERTIFICATE

**AIRPORT**   Ewa Access Road, Honolulu International Airport, Honolulu 96819 • 836-3900 • Fax: 833-9910

**KAILUA**   660 Kailua Road, Kailua, Hawaii 96734. Phone: (808) 266-3900 • Fax: 266-3904

**KAPOLEI**   890 Kamokila Blvd., Kapolei, HI 96707 Phone: (808) 674-1600 • Fax: 674-1640

**WAIKIKI**   1860 Ala Moana Blvd. #101, Honolulu, HI 96815 Phone:    (808) 943-1111

Office Visit Date: 8/23/07

Patient's Name: Emus Gardner

Date of Injury: _____

Employer/School: _____

Date(s) of absence from work/school: 8/23 ~ 8/24

☑ May return to full work/school on 8/25     ☐ May return to light duty work on _____

**DUTY STATUS:**   ☐ Regular work duty   ☐ Light duty with the following restrictions

No lifting, pushing or pulling more than _____ pounds

Avoid excess use of _____ (part of body)

**RESTRICTED FROM:**

| | | |
|---|---|---|
| ____ climbing | ____ kneeling | ____ squatting |
| ____ standing | ____ walking | ____ overhead work |
| ____ repetitive hand/wrist/arm movement | | ____ vibrating tools |
| ____ hazardous machine operation | ____ hot environments | |
| ____ exposure to solvents/ skin irritants | | |

**DO:**   ☐ keep wound clean & dry   ☐ take frequent stretch breaks   ☐ elevate _____ (part of body) ____ times a day

☐ sedentary work only   ☐ ground level work only

NEXT APPOINTMENT: ☉ _____

Treating Physician (Signature) _____

(Print Physician Name) _____

Company Rep. Contacted   ☐ yes   ☐ no

Form # 8200   Rev. 7/2001

**COMMENTS:**

**EXHIBIT** ___