LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 808-546-7575
Fax. No. 808-546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods, Inc.,
Menu Foods Holdings, Inc., and Menu
Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL SANDS,<br><br>           Plaintiffs,<br><br>     vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>           Defendants.<br>_____ | CIVIL NO. CV 07-00409 ACK-KSC<br>(Non-Vehicle Tort)<br><br>ORDER GRANTING DEFENDANTS MENU FOODS, INC., AND MENU FOODS HOLDINGS, INC.,'S EX PARTE APPLICATION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07 |

**ORDER GRANTING DEFENDANTS MENU FOODS, INC., AND**

## MENU FOODS HOLDINGS, INC.,'S EX PARTE APPLICATION FOR SECOND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, FILED 06/22/07

On August 24, 2007, Defendants Menu Foods, Inc., and Menu Foods Holdings, Inc., filed an Ex Parte Application for Second Extension of Time to Answer or Otherwise Respond to Plaintiffs' First Amended Complaint, filed 06/22/07.

The Court, considering the circumstances presented in this case and the likelihood that this case may be transferred to the District of New Jersey as a Multi District Litigation action, hereby GRANTS Defendants Menu Foods, Inc., and Menu Foods Holdings, Inc., a sixty (60) day extension to November 3, 2007, in which to file its Answer or otherwise respond to Plaintiffs' First Amended Complaint, filed on June 22, 2007.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, August 28, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge