IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER, DAVID PANG, ANDREW GARCIA, RUTH CAMARGO, CHRIS HUBBARD, STACEY COLLINS, RANDALL BANDMANN, KELLY ENGLE, PAM GOULD AND ERIK CORAL-SANDS,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES AND INDIVIDUALS 1-100,<br><br>        Defendants.<br>_____ | CIVIL NO. 07-00409 ACK-KSC<br><br>ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR RELIEF FROM LOCAL RULES |

ORDER GRANTING PLAINTIFFS' EX PARTE MOTION FOR RELIEF
FROM LOCAL RULES

On August 28, 2007, Plaintiffs Valerie Sylvester, et al. ("Plaintiffs") filed an Ex Parte Motion for Relief of Local Rules 7.4 and 6.1 of the Rules of the United States District Court for the District of Hawaii ("Ex Parte Motion for Relief from

Dockets.Justia.com

Local Rules"). Due to an unexpected office building closure, Plaintiffs' counsel asserts the her office building was uninhabitable the week of August 20-August 24, 2007. For this reason, Plaintiffs request relief from the deadlines set forth in Local Rules 7.4 and 6.1 as they apply to (1) Plaintiffs' Motion for Remand, filed on August 26, 2007, and (2) Plaintiffs' Memorandum in Opposition to Defendants' Motion to Stay, also filed August 26, 2007. Under the circumstances, the Court finds good cause to allow counsel relief from the deadlines for the aforementioned filings. Accordingly, Plaintiffs' Ex Parte Motion for Relief from Local Rules is GRANTED.

    IT IS SO ORDERED.

    Dated:  Honolulu, Hawaii, August 28, 2007.



    Kevin S.C. Chang
    United States Magistrate Judge