## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>           Plaintiffs,<br><br>  vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>           Defendants.<br>_____ | CIVIL NO. CV07-00409 ACKKSC<br>(Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

### **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at her last known address:

-2-

Served Electronically through CM/ECF:

EMILY A. GARDNER, ESQ.   eagardner@hawaii.rr.com          August 30, 2007

DATED:  Honolulu, Hawaii,   August 30, 2007         .

     /s/ Barbara J. Kirschenbaum
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendants Menu Foods, Inc.,
Menu Foods Holdings, Inc., and Menu
Foods Income Fund