UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 1850

IN RE PET FOOD PRODUCTS LITIGATION

*Valerie Sylvester et al. v. Menu Foods, Inc., et al.*, D. Hawaii C.A. No. 1:07-409

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-4)

Pursuant to Rule 7.4 (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands file their Notice of Opposition to Conditional Transfer Order (CTO-4) for transfer of the above-captioned action as a "tag-along action."

By: _____
Emily A. Gardner, Esq.
Attorney for Plaintiffs
Valerie Sylvester, David Pang
Andrew Garcia, Ruth Camargo, Chris
Hubbard, Stacey Collins, Randall
Bandmann, Kelly Engle, Pam Gould
And Erik Coral-Sands

Emily A. Gardner,
Attorney at Law, LLLC
735 Bishop Street, Suite 402
Honolulu, HI 96813
Tel: (808) 540-0200

Date: Honolulu, Hawaii, August 31, 2007

EXHIBIT ____

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 1850

IN RE PET FOOD PRODUCTS LITIGATION

*Valerie Sylvester et al. v. Menu Foods, Inc., et al.*, D. Hawaii C.A. No. 1:07-409

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that Plaintiffs' Notice of Opposition to Conditional Transfer Order (CTO-4) was faxed to the Clerk of the Panel on August 31, 2007 and served by First Class Mail on August 31, 2007, upon all counsel on the Involved Counsel List attached to this Certificate of Service

By: _____
Emily A. Gardner, Esq.
Attorney for Plaintiffs
Valerie Sylvester *et al.*

Date: Honolulu, Hawaii, August 31, 2007

**EXHIBIT 1**

INVOLVED COUNSEL LIST (CTO-4)
MDL NO. 1850
IN RE Pet Food Products Liability Litigation

Mark A. Berkoff
DLA Piper US, LLP
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

Emily A. Gardner
Emily A. Gardner, Attorney at Law LLC
735 Bishop Street
Suite 402
Honolulu, HI 96813

Barbara J. Kirschenbaum
Love & Kirschenbaum, LLC
1164 Bishop Street
Suite 1105
Honolulu, HI 96813

Chad P. Love
Love & Kirschenbaum, LLC
1164 Bishop Street
Suite 1105
Honolulu, HI 96813

Christopher A. Moeller
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

EXHIBIT 1