LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. (808) 546-7575
Fax. No. (808) 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods
Inc., Menu Foods Holdings, Inc., and
Menu Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants. | CIVIL NO. CV 07-00409 ACK-KSC<br>(Non-Vehicle Tort)<br><br>NOTICE OF WITHDRAWAL OF MENU FOODS INCOME FUND'S MOTION TO QUASH OR, ALTERNATIVELY, TO DISMISS, FILED 08/03/07; CERTIFICATE OF SERVICE<br><br>**HEARING SET:**<br>**DATE:**     Tues., 10/09/07<br>**TIME:**        9:30 a.m.<br>**JUDGE:**     Alan C. Kay |

-2-

## WITHDRAWAL OF MENU FOODS INCOME FUND'S MOTION TO QUASH OR, ALTERNATIVELY, TO DISMISS, FILED 08/03/07

DEFENDANT MENU FOODS INCOME FUND, pursuant to the "Stipulation Re: (1) Service of First Amended Complaint on Menu Foods Income Fund; (2) Naming of Menu Foods Income Fund as a Defendant, and (3) Deadline for All Defendants to Answer or Otherwise Respond to the First Amended Complaint, filed 06/22/07", filed herein on September 10, 2007, hereby withdraws its Motion to Quash or, Alternatively, to Dismiss, filed herein on August 3, 2007, and set for hearing on Tuesday, October 9, 2007, at 9:30 a.m. with Judge Alan C. Kay presiding.

DATED:  Honolulu, Hawaii,    September 12, 2007   .

                                                    /s/ Barbara J. Kirschenbaum    
                                                CHAD P. LOVE  
                                                BARBARA J. KIRSCHENBAUM

                                                Attorneys for Defendant Menu Foods  
                                                Holdings, Inc., and Menu Foods, Inc.,  
                                                and Menu Foods Income Fund