IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants.<br>_____ | CIVIL NO. CV07-00409 ACKKSC<br>(Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at her last known address:

Dockets.Justia.com

-2-

Served Electronically through CM/ECF:

EMILY A. GARDNER, ESQ.    eagardner@hawaii.rr.com    September 12, 2007

    DATED:  Honolulu, Hawaii,    September 12, 2007    .


          _____ /s/ Barbara J. Kirschenbaum
          CHAD P. LOVE
          BARBARA J. KIRSCHENBAUM

          Attorneys for Defendants Menu Foods, Inc.,
          Menu Foods Holdings, Inc., and Menu
          Foods Income Fund