IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER, DAVID PANG, ANDREW GARCIA, RUTH CAMARGO, CHRIS HUBBARD, STACEY COLLINS, RANDALL BANDMANN, KELLY ENGLE PAM GOULD and ERIK CORAL-SANDS )<br><br>Plaintiff,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants.<br>_____ | CIVIL NO. CV07-00409 ACKKSC<br>(Non-Vehicle Tort)<br><br>DECLARATION OF CHAD P. LOVE |

## **DECLARATION OF CHAD P. LOVE**

The undersigned hereby declares that:

1. I am an attorney licensed to practice law before all the Courts in the State of Hawaii and the United States District Court, District of Hawaii; I am one of the attorneys representing Defendants MENU FOODS, INC., MENU FOODS HOLDINGS, INC., and MENU FOODS INCOME FUND in the above-captioned

proceeding and am competent to testify as to the matters stated herein and make this declaration upon personal knowledge.

2. Attached as Ex. A is a true and accurate copy of the "Conditional Transfer Order (CTO-4), filed on August 20, 2007 by the JPML.

3. Attached as Ex. B is a true and accurate copy of excerpts from Plaintiffs' "First Amended Complaint," filed in the Circuit Court of the First Circuit, State of Hawaii, on June 22, 2007.

4. Attached as Ex. C is a true and accurate copy of Plaintiffs' "Request to Exempt From Court Annexed Arbitration Program," filed in the Circuit Court of the First Circuit, State of Hawaii, on May 11, 2007.

5. Attached as Ex. D is a true and accurate copy of three pages from www.animallawhawaii.com/usa.march15.html, the website of Plaintiffs' attorney, Emily Gardner.

6. Attached as Ex. E. is a true and accurate copy of Defendant Menu Foods Income Fund's "Motion to Quash or, Alternatively, to Dismiss," filed on August 3, 2007.

I, CHAD P. LOVE, DECLARE UNDER PENALTY OF LAW THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii,      September 13, 2007      .

             /s/ Chad P. Love            
CHAD P. LOVE