# Court Copy

```
                Receipt for Payment              For Internal Use Only
         U.S. District Court - Hawaii        Receipt      240917

                                             Trans        147460
```

Received From:      **MATTHEW LEPORE**
Case Number:
Reference Number:   **CV 07-409ACK**

|  | Check | 225.00 |
|---|---|---|
|  | Total | 225.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| PRO HAC VICE | 685513 | 1 | 225.00 |
|  |  | Total | 225.00 |
|  |  | Tend | 225.00 |
|  |  | Due | 0.00 |

09/14/2007 03:27:28 PM        Deputy Clerk: et/AG