Sylvester et al v. Menu Foods, Inc. et al — Doc. 30 Att. 7
Case 1:07-cv-00409-ACK-KSC    Document 30-8    Filed 09/20/2007    Page 1 of 2
Sep 19 07 04:50p                                    808-828-1044         p.1

IN THE UNITED STATES DISTRICT COURT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unincorporated Canadian business; Doe Entities and Individuals 1- 100,<br><br>Defendants. | Civil No. CV07-00409ACKKSC<br>(Non-Vehicle Tort)<br><br><br>DECLARATION OF STACEY COLLINS |

## DECLARATION OF STACEY COLLINS

I, STACEY COLLINS do hereby declare:

1. I am a resident of the State of Hawaii and one of the named Plaintiffs in the above-noted case. I make the following statements based on my personal knowledge and am competent to testify thereto.

2. I purchased Nutro Natural Choice Chicken and Brown Rice dog food in pouches from PETCO from November 2006 through March 2007, and fed it to my Boston terrier named Elvis, resulting in Evlis becoming severely ill.

3. I brought my claim against the three Defendants in Hawaii state court, under Hawaii state laws. I am not seeking an amount in damages, including attorney's fees that is in excess of $75,000.

4. It would be extremely inconvenient for me if the case I originally filed in Hawaii state court was moved to New Jersey. This seems very unfair to me and to be motivated more by Defendants' convenience, certainly not mine. It would also seem to be a strategy on the part of Defendants to get me to drop my case given the extreme inconvenience it will cause me.

5. I, STACEY COLLINS, declare under the penalty of perjury that the foregoing is true and correct.

DATED: Princeville, HAWAII, SEPTEMBER 19, 2007.

_Stacey Collins_
STACEY COLLINS