SEP-19-2007 WED 03:56 PM PAUL & EMILY    FAX NO. 808 396 4062    P. 02

## IN THE UNITED STATES DISTRICT COURT CIRCUIT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unicorporated Canadian business; Doe Entities and Individuals 1- 100,<br><br>Defendants. | Civil No. CV07-00409ACKKSC<br>(Non-Vehicle Tort)<br><br><br><br>DECLARATION OF PAM GOULD |

### DECLARATION OF PAM GOULD

I, PAM GOULD do hereby declare:

1. I am a resident of the State of Hawaii and one of the named Plaintiffs in the above-noted case. I make the following statements based on my personal knowledge and am competent to testify thereto.

2. I purchased Priority One recalled pet food from Safeway in Kahalui, Maui from February 2007 through March 2007, and fed it to my domestic short-haired cat, Velcro, resulting in Velcro becoming severely ill and ultimately dying.

3. I brought my claim against the three Defendants in Hawaii state court, under Hawaii state laws. I am not seeking an amount in damages, including attorney's fees that is in excess of $75,000.

4. It would be extremely inconvenient for me if the case I originally field in Hawaii state court was moved to New Jersey. This seems very unfair to me and to be motivated more by Defendants' convenience, certainly not mine. It would also seem to be a strategy on the part of Defendants to get me to drop my case given the extreme inconvenience it will cause me.

5. I, PAM GOULD, declare under the penalty of perjury that the foregoing is true and correct.

DATED: 9/10/07, HAWAII, SEPTEMBER 18, 2007.

PAM GOULD