Emily A. Gardner    #6891
Attorney at Law, LLLC
735 Bishop Street, Suite 402
Honolulu, HI 96813
Tel: (808) 540-0200
Fax: (808) 540-0201

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 04 2007

at  11 o'clock and 27 min.  A M
SUE BEITIA, CLERK

Attorney for Plaintiffs
Valerie Sylvester, et al

IN THE UNITED STATES DISTRICT COURT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unicorporated Canadian business; Doe Entities and Individuals 1- 100,<br><br>Defendants. | Civil No. CV07-00409HGKSC<br>(Non-Vehicle Tort)<br><br>PLAINTIFFS' NOTICE OF FILING OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-4) WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; EXHIBIT "1"; CERTIFICATE OF SERVICE |

PLAINTIFFS' NOTICE OF FILING OPPOSITION TO CONDITIONAL TRANSFER
ORDER (CTO-4) WITH JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Plaintiffs Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris

Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-

Sands have filed an Opposition to Conditional Transfer Order (CTO-4) with the Judicial

Panel on Multidisctrict Litigation, objecting to the transfer of this case as a "tag-along

EXHIBIT 1



action" pursuant to Rule 7.4 (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation (JPML). Exhibit "1," attached hereto.

Procedure in MDL after Notice of Opposition Filed

According to JPML Rule 7.4(d), "within fifteen days of the filing of its notice of opposition, the party opposing transfer shall file a motion to vacate the conditional transfer order and brief in support thereof. The Chairman of the Panel shall set the motion for the next appropriate hearing session of the Panel." The briefing schedule is set by the clerk of the Panel. JPML Rule 7.4 (c ).

Notice of Opposition Stays Service and Execution of Conditional Transfer Order to Transferee Court

Pursuant to JPML rule 7.4(c ), upon receipt of the notice of opposition "the clerk of the panel shall not transmit the conditional transfer order to the clerk of the transferee court until further order of the Panel." Because conditional transfer orders do nto become effective unless and until they are filed with the clerk of the transferee district court, filing the notice of opposition stays execution of the conditional transfer order." Fu's Garden Restaurant v. Archer-Daniels Midland Company, 2000 WL 635440, *1 (N.D. Cal. 2000).

Transferee Court Retains Jurisdiction to Decide Pending Motions to Remand and Stay

Under JPML Rule 1.5, this Court retains jurisdiction to decide the pending motions to remand and stay that have been filed.



> <u>The pendency of a</u> motion, order to show cause, <u>conditional transfer order</u> or conditional remand order before the Panel concerning transfer or remand of an action <u>pursuant to 28 U.S.C. § 1407</u> does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and <u>does not in any way limit the pretrial jurisdiction of the court</u>. A transfer or remand pursuant to 28 U.S.C. § 1407 shall be effective when the transfer or remand order is filed in the office of the district court of the transferee district.

Thus, during the pendency of a conditional transfer order pursuant to 28 U.S.C. § 1407, the transferee court retains jurisdiction to decide a pending motion to remand. <u>Fu's Garden</u>, *supra*. <u>Faulk v. Owens-Corning, Fiberglass Corp.</u>, 48 F. Supp. 2d 653, 657 n.2 (E.D. Texas Beaumont Division 1999).

DATED: HONOLULU, HAWAII, SEPTEMBER 4, 2007

                                                              _____
                                                              EMILY A. GARDNER
                                                              ATTORNEY FOR PLAINTIFFS
                                                              VALERIE SYLVESTER et al

EXHIBIT 1

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 1850

IN RE PET FOOD PRODUCTS LITIGATION

*Valerie Sylvester et al. v. Menu Foods, Inc., et al.*, D. Hawaii C.A. No. 1:07-409

NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-4)

Pursuant to Rule 7.4 (c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Plaintiffs Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands file their Notice of Opposition to Conditional Transfer Order (CTO-4) for transfer of the above-captioned action as a "tag-along action."

By: _____
Emily A. Gardner, Esq.
Attorney for Plaintiffs
Valerie Sylvester, David Pang
Andrew Garcia, Ruth Camargo, Chris
Hubbard, Stacey Collins, Randall
Bandmann, Kelly Engle, Pam Gould
And Erik Coral-Sands

Emily A. Gardner,
Attorney at Law, LLLC
735 Bishop Street, Suite 402
Honolulu, HI 96813
Tel: (808) 540-0200

Date: Honolulu, Hawaii, August 31, 2007

EXHIBIT ( __

UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL NO. 1850

IN RE PET FOOD PRODUCTS LITIGATION

*Valerie Sylvester et al. v. Menu Foods, Inc., et al.*, D. Hawaii C.A. No. 1:07-409

CERTIFICATE OF SERVICE

I hereby certify that Plaintiffs' Notice of Opposition to Conditional Transfer Order (CTO-4) was faxed to the Clerk of the Panel on August 31, 2007 and served by First Class Mail on August 31, 2007, upon all counsel on the Involved Counsel List attached to this Certificate of Service

By: _____
Emily A. Gardner, Esq.
Attorney for Plaintiffs
Valerie Sylvester *et al.*

Date: Honolulu, Hawaii, August 31, 2007

EXHIBIT I

**INVOLVED COUNSEL LIST (CTO-4)**
**MDL NO. 1850**
**IN RE Pet Food Products Liability Litigation**

Mark A. Berkoff
DLA Piper US, LLP
203 North LaSalle Street
Suite 1900
Chicago, IL 60601

Emily A. Gardner
Emily A. Gardner, Attorney at Law LLC
735 Bishop Street
Suite 402
Honolulu, HI 96813

Barbara J. Kirschenbaum
Love & Kirschenbaum, LLC
1164 Bishop Street
Suite 1105
Honolulu, HI 96813

Chad P. Love
Love & Kirschenbaum, LLC
1164 Bishop Street
Suite 1105
Honolulu, HI 96813

Christopher A. Moeller
Price, Waicukauski & Riley, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT CIRCUIT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Valerie Sylvester, David Pang, Andrew Garcia, Ruth Camargo, Chris Hubbard, Stacey Collins, Randall Bandmann, Kelly Engle, Pam Gould and Erik Coral-Sands<br><br>Plaintiffs,<br><br>v.<br><br>MENU FOODS, INC., a New Jersey Corporation; MENU FOODS HOLDINGS, INC., a Delaware Corporation, MENU FOODS INCOME FUND, an unicorporated Canadian business; Doe Entities and Individuals 1- 100,<br><br>Defendants. | Civil No. CV07-00409HGKSC<br>(Non-Vehicle Tort)<br><br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon the following persons via U.S. mail, postage prepaid at the addresses indicated on August 28, 2007.

Chad Love, Esq.
Barbara J. Kirschenbaum, Esq.
1164 Bishop Street, Suite 1105
Honolulu, HI 96813

Attorneys for Defendants
Menu Foods, Inc., Menu Foods Holdings, Inc., and Menu Foods Income Fund

DATED: HONOLULU, HAWAII, September 4, 2007

_____
EMILY A. GARDNER
Attorney for Plaintiffs Valerie Sylvester et al.