LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods
Inc., Menu Foods Holdings, Inc., and
Menu Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>　　　　Defendants. | CIVIL NO. CV 07-00409 ACK-KSC<br>(Non-Vehicle Tort)<br><br>APPLICATION FOR PRO HAC VICE ADMISSION; CONSENT OF DESIGNATED LOCAL COUNSEL; ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION; CERTIFICATE OF SERVICE<br><br>PROPOSED ORDER<br><br>[No Trial Date Set] |

## APPLICATION FOR PRO HAC VICE ADMISSION

Petitioner MATTHEW LEPORE, hereby requests the above-entitled court to permit him to appear pro hac vice in this case and states, under penalty of perjury, that:

1. He resides at 5325 38th Street, NW Washington DC 20015 and that his office address is: 1200 Nineteenth Street, NW; Washington, DC 20036-2412 United States;

2. He is admitted to practice before, and is in good standing in, the Bars of the following Courts and has been so admitted as of the dates listed herein:

   A. Supreme Court of California          6/7/1999

   B. District of Columbia Court of        11/6/2006
      Appeals

In addition, Mr. Lepore formerly was admitted to the bar of the State of Georgia, but resigned that admission upon his departure from the State in 1999;

4. He has never been suspended or disbarred from any Court;

5. He has never made application to appear pro hac vice in this Court;

6. He does not reside in the State of Hawaii, is not regularly employed in the State of Hawaii, nor is regularly engaged in business, professional or law-related activities in the State of Hawaii;

-3-

7.    CHAD P. LOVE of the law firm Love & Kirschenbaum LLLC, thru himself and/or his partner BARBARA KIRSCHENBAUM shall act as associate counsel; and

8.    CHAD P. LOVE and BARBARA J. KIRSCHENBAUM's office address is 1164 Bishop Street Ste. 1105, Honolulu, Hawaii 96813, Telephone Number (808) 546-7575, and they are active members in good standing of the Bar of the State of Hawaii and the United States District Court for the District of Hawaii.

DATED: _September 10_, 2007.

_____
MATTHEW LEPORE