IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants. | CIVIL NO. CV 07-00409 ACK-KSC<br>(Non-Vehicle Tort)<br><br>CONSENT OF DESIGNATED LOCAL COUNSEL |

**CONSENT OF DESIGNATED LOCAL COUNSEL**

CHAD P. LOVE, designated local counsel for this case, agrees that he and his law firm LOVE & KIRSCHENBAUM LLLC, through himself and/or BARBARA J. KIRSCHENBAUM, shall at all times meaningfully participate in the preparation and trial of this case with authority and responsibility to act as attorney of record for all purposes, shall participate in all court proceedings unless

Dockets.Justia.com

-5-

otherwise ordered by the Court, and shall continue to be subject to service of all pleading and notices on behalf of Defendants Menu Foods, Inc., Menu Foods Holdings, Inc. and Menu Foods Income Fund.

DATED: Honolulu, Hawaii, \_\_\_\_\_SEP 1 4 2007\_\_\_\_\_.

_____
CHAD P. LOVE