IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>        Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>        Defendants. | CIVIL NO. CV 07-00409 ACK-KSC (Non-Vehicle Tort)<br><br>PROPOSED ORDER<br><br>ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION |

**ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION**

Petitioner having filed an Application for Pro Hac Vice Admission, and good cause appearing therefor,

IT IS HEREBY ORDERED that said Application for Pro Hac Vice Admission is granted, and MATTHEW LEPORE is permitted to appear pro hac vice in this case.

_____
JUDGE OF THE ABOVE-ENTITLED COURT