IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>Defendants. | CIVIL NO. CV07-00409 ACKKSC<br>(Non-Vehicle Tort)<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon the following person via the United States Postal Service, postage prepaid, at the address indicated on _____SEP 1 4 2007_____:

-2-

EMILY A. GARDNER, ESQ.
Dillingham Transportaton Builidng
735 Bishop Street, Ste. 402
Honolulu, HI 96813
(Attorney for Plaintiffs)

DATED: Honolulu, Hawaii, SEP 1 4 2007 _____.

_____
CHAD P. LOVE
BARBARA J. KIRSCHENBAUM

Attorneys for Defendants Menu Foods, Inc.,
Menu Foods Holdings, Inc., and Menu
Foods Income Fund