LOVE & KIRSCHENBAUM
A LIMITED LIABILITY LAW COMPANY

CHAD P. LOVE  1617-0
BARBARA J. KIRSCHENBAUM  5825-0
1164 Bishop Street, Ste. 1105
Honolulu, Hawaii  96813
Tel. No. 546-7575
Fax. No. 546-7070
Email address:  clove@lkhawaii.com

Attorneys for Defendants Menu Foods
Inc., Menu Foods Holdings, Inc., and
Menu Foods Income Fund

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| VALERIE SYLVESTER; DAVID PANG; ANDREW GARCIA; RUTH CAMARGO; CHRIS HUBBARD; STACEY COLLINS; RANDALL BANDMANN; KELLY ENGLE; PAM GOULD; and ERIK CORAL-SANDS,<br><br>            Plaintiffs,<br><br>    vs.<br><br>MENU FOODS, INC., a New Jersey corporation; MENU FOODS HOLDINGS, INC., a Delaware corporation; MENU FOODS INCOME FUND, an unincorporated Canadian business; DOE ENTITIES and INDIVIDUALS 1-100,<br><br>            Defendants. | CIVIL NO. CV 07-00409 ACK-KSC<br>(Non-Vehicle Tort)<br><br>ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION |

-2-

## ORDER GRANTING APPLICATION FOR PRO HAC VICE ADMISSION

Petitioner having filed an Application for Pro Hac Vice Admission, and good cause appearing therefor,

IT IS HEREBY ORDERED that said Application for Pro Hac Vice Admission is granted, and MATTHEW LEPORE is permitted to appear pro hac vice in this case.

DATED: Honolulu, Hawaii, September 27, 2007.



_____
Kevin S.C. Chang
United States Magistrate Judge