# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV07-00409ACK-KSC |
| CASE NAME: | Valerie Sylvester, et al. vs. Menu Foods, Inc., et al. |
| ATTYS FOR PLA: | Emily Gardner |
| ATTYS FOR DEFT: | Chad Love |
| | Matthew Lepore |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 10/1/2007 | TIME: | 9:40-10:02:58am |

COURT ACTION:  EP:
1.  Plaintiffs' Motion to Remand [17]
2.  Menu Foods Holdings, Inc., and Menu Foods, Inc.'s Motion to Stay All Proceedings [9]

Plaintiffs' Motion to Remand [17].  Motion taken under advisement.  Court to issue order.

Menu Foods Holdings, Inc., and Menu Foods, Inc.'s Motion to Stay All Proceedings [9]. Motion taken under advisement.  Court to issue order.

Submitted by: Shari Afuso, Courtroom Manager

Dockets.Justia.com